No. 99–1543. JOHNSON v. JOHNSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1547. NISCO v. TOWN OF PERINTON. Ct. App. N. Y. Certiorari denied.

No. 99–1550. CORREIA v. MEACHUM, CONNECTICUT COMMISSIONER OF CORRECTIONS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–1576. BARNETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–1578. ACCURACY IN MEDIA, INC. v. NATIONAL PARK SERVICE. C. A. D. C. Cir. Certiorari denied.

No. 99–1587. EVANS v. HOBBS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 99–1589. RAMEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–1593. JACKSON v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–1598. HORTON v. NORFOLK SOUTHERN RAILWAY CO. C. A. 4th Cir. Certiorari denied.

No. 99–1601. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1606. PIERCE v. LUCERO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–1608. YSLETA DEL SUR PUEBLO v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 99–1622. ARNOLD ET AL. v. MERIT SYSTEMS PROTECTION BOARD ET AL. C. A. Fed. Cir. Certiorari denied.

No. 99–1628. MONTANA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.